...) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_Southern_ District of _Florida_

_____ Division

| | |
|---|---|
| _Dedy Joseph_ | ) Case No. _____ |
| Plaintiff(s) | ) (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. | ) |
| If the names of all the plaintiffs cannot fit in the space above, | ) |
| please write "see attached" in the space and attach an additional | ) Jury Trial: (check one) ☑ Yes ☐ No |
| page with the full list of names.) | ) |
| -v- | ) |
| | ) |
| _Samaritin Home Care inc._ | ) |
| Defendant(s) | ) |
| (Write the full name of each defendant who is being sued.  If the | ) |
| names of all the defendants cannot fit in the space above, please | ) |
| write "see attached" in the space and attach an additional page | ) |
| with the full list of names.) | ) |

FILED BY _____ D.C.

**NOV 16 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | _Dedy Joseph_ |
| Street Address | _7862 NW 73rd Ave_ |
| City and County | _Tamarac FL   Broward_ |
| State and Zip Code | _FL  33321_ |
| Telephone Number | _954-318-8949_ |
| E-mail Address | _dnorceus@hotmail.com_ |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

SCANNED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name      *Samaritin Homecare inc*

Job or Title *(if known)*      *Homecare agency*

Street Address      *3600 South State Rd 7 Suite 367*

City and County      *Miramar FL*

State and Zip Code      *Florida 33023*

Telephone Number      *305-305-8073*

E-mail Address *(if known)*

**Defendant No. 2**

Name      *South Florida Homecare*

Job or Title *(if known)*      *Homecare agency*

Street Address      *2452 North University Dr*

City and County      *Pembroke Pines FL*

State and Zip Code      *FL*

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Discrimination / age + retaliation*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* DEDy JOSeph , is a citizen of the State of *(name)* Florida .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____

_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

b.   If the defendant is a corporation

The defendant, *(name)* _Samaritin Homecare inc_ is incorporated under
the laws of the State of *(name)* _Florida_ , and has its
principal place of business in the State of *(name)* _Florida_
Or is incorporated under the laws of *(foreign nation)* _____
and has its principal place of business in *(name)* _Miramar Florida_

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am 53 years old. I was employed as an LPN with Samaritin Home-
Care, from August 2018 until my termination on December 2020. My em-
ployment was without incident until one day when a Former employer
Barbara Sharief told the current employer that I have gone to the government
to initiate the EVV (electronic verification visit) this accusation
                                              continue in the back

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

+ future ~~losses~~ lost earning capacity
Lost of earnings, Pain and Suffering, impairment to
reputation and standing in the community, personal
humiliation, shame and disgrace.

immediately the current employer and coworkers hated me and started spreading untrue rumors about me, my former employer Barbara Yhurief was saying that I had a boyfriend and was cheating on husband. On December 29, 2020 The current employer which is the owner of Samaritain Homecare Mirlande Moltimer Terminated me.

Ms Moltimer stated that "I was too old", I was immoral (Cheating on my husband) I will never get hired by other Companies.

I believed that I have been discreminated against on the basis on my age 53 y/o, and retaliated against because the (E V V Electronic verification visit) I have been discriminated in violation of Title VI retaliation, and age discrimination.

I would like the court house to recover all the damages cause by those companies and a withdraw of all the false accusations.

Defendant 2:        South Florida Pediatric Homecare
                    2452 North University Drive
                    Pembroke Pines Florida 954-967 1900

I am 53 years old, I was employed as an LPN With
Samaritin Homecare from August 2018 until my
termination on December 29, 2020. My employment
was Without incident until one day When a former
employer Barbara Yharuf told the Current employer
that I had gone to the ~~cost~~ government, ~~and~~ to ~~with~~
initiate The (EVV Electronic verification Visit) This
accusation Was not true. She ~~to~~ Told my employer
that I had a boy-friend And cheating on husband
and that was not true also. She tarnished my
reputation, and made me loose my Job; And —
Where I Went to work She kept stalking me and
spreading those false rumors and made everybo-
dy harassing me. I got bills to pay, I have
my family to take care. Now I am running
without a Job. I asked the courthouse to
                the
take all Disposition required by the law
to recover all the Damages Caused by
South Florida Pediatric Homecare.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  *11/ 16/ 2021*

Signature of Plaintiff  *Dedy Joseph*
Printed Name of Plaintiff  *DEDY Joseph*

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  *X 11802  NW  73rd Ave*
State and Zip Code  *X FL  33321*
Telephone Number  _____
E-mail Address  _____

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Dedy N. Joseph
7802 NW 73rd Ave
Tamarac, FL 33321

From: **Miami District Office**
**Miami Tower, 100 S E 2nd Street**
**Suite 1500**
**Miami, FL 33131**

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **510-2021-05200** | **Ines Lozano,**<br>**Investigator** | **(786) 648-5827** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*Twanya Westmoreland*

**Paul V. Valenti,**
**District Director**

August 16, 2021

(Date Issued)

Enclosures(s)

cc: Mirlande Moltimer
Owner
SAMARITIN HOME CARE
3600 South State Rd. 7, Ste. 367
Miramar, FL 33023

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2021-05200 |

| FLORIDA COMMISSION ON HUMAN RELATIONS | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MISS DEDY N JOSEPH** | **754-246-9137** | **1968** |

| Street Address | City, State and ZIP Code |
|---|---|
| **7802 NW 73RD AVE, TAMARAC,FL 33321** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **SAMARITIN HOMECARE& SOUTH FLORIDA HOMECARE** | **101 - 200** | **(305) 305-8073** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3600 SOUTH STATE RD. 7, STE. 367, MIRAMAR, FL 33023** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☐ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **12-29-2020**   Latest **12-29-2020**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I am 53 years old. I was employed as a LPN with Samaritin Home Care from August 2018 until my termination on December 29, 2020. My employment was without incident until one day when a former coworker Barbara told owner Mirlande Moltimer that I had gone to the government to initiate the EVV (Electronic Verification Visit); this accusation was not true. Immediately my coworkers hated me and started spreading untrue rumors about me; my coworkers were saying that I had a boyfriend and was cheating on my husband. On December 29, 2020, Owner Mirlande Moltimer terminated me.**

**Ms. Moltimer stated that she was terminating me because I was immoral (cheating on my husband) and because I was too old.**

**I believe that I have been discriminated against on the basis of my age/53, in violation of the Age Discrimination in Employment Act of 1967, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Dedy N Joseph on 08-04-2021 08:45 PM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |